# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ERROL GEORGE HUNTER,

    Petitioner,

    v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,

    Respondents.

Case No.: 3:26-cv-00894-BTM-VET

**ORDER**

The Petitioner shall respond to the Respondents' argument that Petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c) and provide a statement as to the result of the April 15th hearing before the Immigration Judge and whether a bond hearing was held or scheduled by April 17, 2026.

    **IT IS SO ORDERED.**

Dated:  April 7, 2026

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-894