# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ERROL GEORGE HUNTER,

     Petitioner,

     v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,

     Respondents.

Case No.: 3:26-cv-00894-BTM-VET

**ORDER FOR STATUS REPORT**

     Petitioner was scheduled to have a merits hearing on April 15, 2026.  The parties are ordered to file a status report, no later than April 16, 2026, on the result of the hearing.

     **IT IS SO ORDERED.**

Dated:  April 16, 2026

_____

Honorable Barry Ted Moskowitz
United States District Judge

26-cv-894